NUMBER 13-01-732-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


WILLIAM C. COCKE, INDIVIDUALLY 

AND IN THE RIGHT OF SEASHORE PROPERTIES, INC., Appellant,


v.



E. PAUL SCHEXNAILDER, INDIVIDUALLY AND AS 

OFFICER AND DIRECTOR OF SEASHORE 

PROPERTIES, INC., ET AL., Appellees.

____________________________________________________________________


On appeal from the 28th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam



 Appellant, WILLIAM C. COCKE, INDIVIDUALLY AND IN THE RIGHT OF
SEASHORE PROPERTIES, INC., attempted to perfect an appeal from an order entered
by the 28th District Court of Nueces County, Texas, in cause no. 96-04721-A. The
clerk's record was received on January 25, 2002, and the supplemental clerk's record
was received on April 3, 2002. 

 Upon review of the clerk's record, it appeared that the order from this appeal
was taken was not a final, appealable order. Pursuant to Tex. R. App. P. 42.3, notice
of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. Appellant has filed a response in which he requests that this Court
adjudicate that the underlying order is not final, dismiss the appeal, and remand the
case to the trial court. 

 The Court, having considered the documents on file and appellant's response,
is of the opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 25th day of July, 2002.